IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                            Case No. 8:21-cv-02231-TPB-JSS

EDWARD LUBIN, M.D.,

    Defendant.
_____/

**THE UNITED STATES OF AMERICA'S**
**UNOPPOSED MOTION FOR SETTLEMENT CONFERENCE**

The United States of America respectfully requests a settlement conference before a U.S. Magistrate Judge and in support thereof state as follows:

1. This is a civil action brought under the false claims act, 31 U.S.C. §§ 3729-33, alleging that Dr. Edward Lubin caused the submission of prescriptions to federal healthcare programs that were medically unnecessary or tainted by an illegal kickback arrangement with Insys Therapeutics, Inc.

2. This case is currently in discovery. The United States disclosed its expert on October 31, 2022. Defendant's expert disclosure deadline is December 5, 2022, and Plaintiff's rebuttal expert disclosure deadline is January 7, 2023. Discovery closes on February 1, 2023.

3. This case was previously mediated before the United States filed suit, and the parties agreed on a settlement amount, but were unable to agree on an ancillary term, and thus did not resolve this matter.

4. The United States believes that the assistance of a Magistrate Judge may aid in resolving this case. Given the history of nearly-successful negotiations, the parties would benefit from the judicial expertise and structure offered through a settlement conference before a Magistrate Judge. *See Moore v. United States*, No. 5:20-cv-108-CEM-PRL (M.D. Fla. May 16, 2022), ECF No. 52 (granting similar motion, which ultimately resulted in settlement).

5. The United States believes that negotiations will be most effective if held via settlement conference forthwith, as opposed to closer to the trial date.

6.  Due to the impending discovery deadlines, the parties anticipate requesting a brief extension of the deadlines for Defendant's expert disclosure, Plaintiff's rebuttal expert disclosure, and the discovery cut-off.  The parties will contact the assigned magistrate judge, once designated by the Court, to schedule the settlement conference as soon as possible. The parties intend to request an extension of the deadlines in order to attend the settlement conference as soon as practicable without expending further resources before the settlement conference occurs.

WHEREFORE, the United States requests that this Court grant this motion and assign a U.S. Magistrate Judge to preside over a settlement conference in this case. The parties will work directly with the assigned Magistrate Judge's chambers to coordinate a date and time for a settlement conference.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), undersigned counsel conferred with counsel for Defendant, who does not oppose this motion.

Dated: November 15, 2022

SISCO-LAW

by: /s/ *Dale Sisco*
Dale R. Sisco
Florida Bar No. 559679
1110 N. Florida Avenue
Tampa, FL 33602
Tele. (813) 224-0555
Fax: (813) 221-9736
Email: dsisco@sisco-law.com
*Co-counsel for Edward Lubin, M.D*

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By: /s/ *Jeremy Bloor*
JEREMY R. BLOOR
Assistant United States Attorney
Fla. Bar No. 0071497
400 W. Washington St., Ste. 3100
Orlando, Florida 32801
Telephone: (407) 648-7500
Fax: (407) 648-7643
Email: Jeremy.Bloor@usdoj.gov