UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No: 8:21-cv-2231-TPB-JSS

EDWARD LUBIN,

    Defendant.
_____/

**ORDER**

Under 28 U.S.C. § 455, a judge must disqualify herself in any proceeding in which her impartiality might reasonably be questioned or if the judge has personal knowledge of disputed evidentiary facts concerning the proceeding. 28 U.S.C. § 455(a), (b)(1). When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself *sua sponte*. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989). In this case, the undersigned oversaw a settlement conference. During the settlement conference, at which the parties reached an impasse, the undersigned became privy to certain confidential information. Consequently, recusal is warranted. The Clerk is directed to reassign this case to another magistrate judge by random draw and provide notice to the parties of the new magistrate judge.

**ORDERED** in Tampa, Florida, on December 21, 2022.

JULIE S. SNEED
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Counsel of Record