UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,  CASE NO. 8:21-cv-02231

v.

EDWARD LUBIN, M.D.,

    Defendant.
_____/

**SUGGESTION OF THE PENDENCY OF BANKRUPTCY PROCEEDINGS
UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

Defendant, EDWARD LUBIN, M.D. ("Debtor'), by and through his undersigned attorney, hereby files the following Suggestion of Pendency of Bankruptcy Proceedings under Chapter 11 of the Bankruptcy Code and says that:

1. The caption and number of the Chapter 11 case are as follows:

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

EDWARD LUBIN  Case No. 8:23-bk-03168
                                                          Chapter 11

    Debtor.
_____/

2. The Petition was filed on July 26, 2023.

3. Pursuant to 11 U.S.C., Section 362(a) of the Bankruptcy Code, the filing of the Petition operates as a stay of the commencement or continuation of these proceedings.

4.      The filing of this Suggestion is not a waiver or consent by the Debtor of any jurisdictional venue or other related matters but is simply filed as a courtesy to the Court and parties in interest so that notice of the Debtor's bankruptcy filing is provided.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Suggestion has been electronically filed with the Clerk of the Court utilizing the Court's CM/ECF system this 26th day of July, 2023, which will automatically transmit an electronic copy to:

Jeremy R. Bloor
United States Attorney Office
Middle District of Florida
400 West Washington St., Ste. 3100
Orlando, FL 32801
Email: Jeremy.Bloor@usdoj.gov

Kelley Clement Howard-Allen
Somadina Nwokolo
United States Attorney Office
Middle District of Florida
400 N Tampa St., Ste. 3200
Tampa, FL 33602
Email: Kelley.howard@usdoj.gov
Soma.Nwokolo@usdoj.gov

Robert J. Aranda
Campbell Trohn Tamayo & Aranda, PA
PO Box 2369
Lakeland, FL 33806-2369
Email: r.aranda@cttalaw.com

SISCO-LAW

/s/ Dale R. Sisco
Dale R. Sisco (FBN: 559679)
777 S Harbour Island Blvd #320
Tampa, FL 33602
Telephone: (813) 224-0555
Email: dsisco@sisco-law.com