**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

           Plaintiff,

v.                              Case No.: 8:21-cv-02231-TPB-CPT

EDWARD LUBIN, M.D.

           Defendant.

_____/

## <u>NOTICE OF AGREEMENT TO SETTLE ACTION</u>

      Pursuant to Local Rule 3.09(a), the parties jointly notify the Court that the parties have reached an amicable resolution of all claims with the parties to bear their own fees and costs. The parties respectfully request that the pre-trial conference set for 1:30pm on Friday, October 13, 2023, and the trial set to commence on Monday October 16, 2023, be taken off the Court's calendar.

                       Respectfully submitted,

                       **ROGER B. HANDBERG**
                       United States Attorney

          By:     */s/ Jeremy R. Bloor*_____
                       **JEREMY R. BLOOR**
                       Assistant United States Attorney
                       Fla. Bar No. 0071497
                       400 West Washington Street, Suite 3100
                       Tampa, FL 33602
                       Phone: 407-648-7500
                       Fax: 407-648-7588

Email: jeremy.bloor@usdoj.gov

*Lead Counsel for the United States*

**SISCO-LAW**

By:    /s/ *Dale Sisco*
       **DALE R. SISCO**
       Fla. Bar No. 559679
       1110 N. Florida Avenue
       Tampa, FL 33602
       Phone: 813-224-0555
       Fax: 813-221-9736
       Email: dsisco@sisco-law.com

       *Lead Counsel for Edward Lubin, M.D.*